# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLIFFORD D. BERGERON,**
           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1077-Orl-31KRS**

**CITY OF DELAND, FLORIDA,**
           **Defendant.**

_____

## ORDER

In consideration of Plaintiff's Motion to Remand (Doc. 17) and Defendant's response thereto (Doc. 21), this Court finds that the Federal issue in this case is not ripe. *See Williamson County Regional Planning Comm'n v. Hamilton Bank,* 473 U.S. 172, 195 (1985). Therefore, subject matter jurisdiction is lacking in this Court. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED and the case is REMANDED to state court. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2006.

                                                         GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party