# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLIFFORD D. BERGERON,**
          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1077-Orl-31KRS**

**CITY OF DELAND, FLORIDA,**
          **Defendant.**
_____

## ORDER

Following this Court's Order of Remand (Doc. 22), Plaintiff filed a Renewed Motion for Attorney's Fees pursuant to 28 U.S.C. section 1447(c) (Doc. 23). Defendant has not responded to the Motion and the Motion appears meritorious. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED. Attorney's fees of $5,092.50 is awarded to Plaintiff. Defendant shall pay the award within 30 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party